AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

DAVID SCOTT YARNALL
Plaintiff

V.

PALM LAKE 10732 001
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 501

I, DAVID SCOTT YARNALL declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration SUSSEX CORRECTION INSTITUTION

   **Inmate Identification Number (Required):** 548973

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. APRIL 11th 2005 POT NETS ON LONGNECK RD MILLSBORO DE 19966 $369.00

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

FILED AUG 1 4 2006 U.S. DISTRICT COURT DELAWARE

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    • • Yes    ☒ No

   If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   
   • • Yes    ☒ No

   If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   C___ y___ - CHILD SUPPORT 93⁵² A WEEK

I declare under penalty of perjury that the above information is true and correct.

8-3-06
DATE                                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Printed: 8/4/2006     *Average Daily Balance For Pauper Filing*     Page 1 of 1
*For Days the Individual was in Residence at SCI from 7/13/2006 through 7/31/2006*

SBI: 00548973     NAME:     YARNALL, DAVID S

| Date | Balance |
|---|---|
| 07/13/2006 | $5.41 |
| 07/14/2006 | $5.41 |
| 07/15/2006 | $5.41 |
| 07/16/2006 | $5.41 |
| 07/17/2006 | $5.41 |
| 07/18/2006 | $5.41 |
| 07/19/2006 | $5.41 |
| 07/20/2006 | $5.41 |
| 07/21/2006 | $35.41 |
| 07/22/2006 | $35.41 |
| 07/23/2006 | $35.41 |
| 07/24/2006 | $35.41 |
| 07/25/2006 | $35.41 |
| 07/26/2006 | $10.70 |
| 07/27/2006 | $9.95 |
| 07/28/2006 | $29.95 |
| 07/29/2006 | $29.95 |
| 07/30/2006 | $29.95 |
| 07/31/2006 | $29.95 |

Summary for 'SBI' = 00548973 (19 detail records)     **Average Daily Balance:**     $18.99



FILED
AUG 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BDScanned

# Prior Month -- Individual Statement

Date Printed: 8/4/2006                                                                                           Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $5.41 |
|---|---|---|---|---|---|---|
| 00548973 | YARNALL | DAVID | S | | | |
| Current Location: | PRE-TRIAL UNIT 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 7/13/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $5.41 |
| Visit MO | MARES? | 7/21/2006 | $30.00 | $0.00 | $0.00 | $0.00 | $35.41 |
| Commissary | | 7/26/2006 | ($24.71) | $0.00 | $0.00 | $0.00 | $10.70 |
| Copies | | 7/27/2006 | $0.00 | $0.00 | ($0.75) | $0.00 | $10.70 |
| Copies | | 7/27/2006 | ($0.75) | $0.00 | $0.00 | $0.00 | $9.95 |
| Visit MO | SUSAN BULLARD | 7/28/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $29.95 |
| | | | | | Ending Mth Balance: | | $29.95 |

## INMATE ACCOUNT STATEMENT

TO:   Inmate Name: __YARNALL_____DAVID___S.__
                       (Last)       (First)    (M.I.)

     SBI Number: __548973__
     Housing Unit: __PT-HU#1__

FR:   Inmate Account Technician

DA:

RE:   Summary Of Account

..............................................................

Attached is your account statement for the ~~six~~ 1/2 month period of __07-13__, __2006__ through __07-31__, __2006__.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ __18.99__.

Attachment

_Phyllis Redden_
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007

# REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: YARNALL    DAVID                SBI Number: 548973
             (Last)      (First)    (M.I.)

Housing Unit: PT-HU #1

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_____                    _Judith Ann Lederman_____
Inmate Signature                                                    Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: **RECEIVED**

**AUG 0 3 2006**

**SCI BUSINESS OFFICE**

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007